# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00372-CV

**Clifton E. Wolf; Melba R. Wolf; Mary Ellen Castillo; and James Allen Reinarz, M.D.,
Appellants**

**v.**

**Highland Haven Property Owners Association, Inc.; Shady Acres Property Owners
Association, Inc.; and Kathleen Barnett, as Independent Executrix of the Estate of
Chester Arthur Barnett, Appellees**

---

**FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
NO. 31,997, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   September 22, 2010